## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Joseph Gigliotti Sr.<br>     Debtor | CHAPTER 13 |
| U.S. Bank National Association, not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2012-5T<br>     Movant<br>  vs.  | NO. 15-12586 AMC |
| Joseph Gigliotti Sr.<br>     Debtor<br><br>William C. Miller Esq.<br>     Trustee | 11 U.S.C. Sections 362 |

### ORDER

AND NOW, this _____ day of _____, 2015 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Reform Act of 1979 (The Code), 11 U.S.C. Sections 362, is modified with respect to the subject premises located at 62 East Maple Avenue, Bellmawr, NJ 08031 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

                    _____
                    United States Bankruptcy Judge.

cc: See attached service list

Joseph Gigliotti Sr.
62 East Maple Avenue
Bellmawr, NJ 08031

Daniel P. Mudrick, Esquire
One West First Avenue, Suite 101 (VIA ECF)
Conshohocken, PA 19428-6800

William C. Miller Esq.
111 S. Independence Mall (VIA ECF)
Suite 583
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532