UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH GIGLIOTTI, SR.                           Chapter 13

            Debtor              Bankruptcy No. 15-12586-AMC

ORDER

AND NOW, this ____ day of _____, 2015 having considered the debtor's Chapter 13 Plan, and the Objection of Chapter 13 Standing Trustee to Confirmation of Debtor's Plan, and after a hearing thereon, it is hereby

ORDERED that confirmation of debtor's plan is denied.

BY THE COURT

_____
Ashely M. Chan
BANKRUPTCY JUDGE

cc:
**Debtor's Attorney:**
DANIEL P. MUDRICK ESQ
MUDRICK & ZUCKER PC
ONE WEST FIRST AVE STE 101
CONSHOHOCKEN, PA 19428

**Debtor:**
JOSEPH GIGLIOTTI, SR.

2415 MORRIS STREET

PHILADELPHIA, PA 19145-

**Chapter 13 Standing Trustee:**
William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O., Box 40119
Philadelphia, PA 19106-0119

**U.S. Trustee:**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107