# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:        JOSEPH GIGLIOTTI, SR.        :        CHAPTER 13
                                          :        NO. 15-12586AMC

## CERTIFICATION OF COUNSEL
## REGARDING TRUSTEE'S MOTION TO DISMISS

    I, Daniel P. Mudrick, upon my oath according to law, hereby certify as follows in connection with the Trustee's Motion to Dismiss hearing on September 15, 2015, in the above-referenced case:

1. The Trustee has grounds for the Motion to Dismiss as the above-named Debtor has failed to provide all requested documents to the Trustee.

2. If this Certification is being signed by counsel for Debtor, counsel certifies that Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

DATED: 9/18/2015                    By: /s/ Daniel P. Mudrick