UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH GIGLIOTTI, SR.                                    Chapter 13

                    Debtor              Bankruptcy No. 15-12586-AMC

**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

                                        _____
                                        Ashely M. Chan
                                        Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA  19106-0119

Debtor's Attorney:
DANIEL P. MUDRICK ESQ
MUDRICK & ZUCKER PC
ONE WEST FIRST AVE STE 101
CONSHOHOCKEN, PA 19428


Debtor:
JOSEPH GIGLIOTTI, SR.

2415 Morris Street

Philadelphia, PA 19145-